■ In the Matter of TIFFANY T., a Person Alleged to be a Juvenile Delinquent, Appellant. [38 NYS3d 413]—Order, Family Court, Bronx County (Peter Passidomo, J.), entered on or about

April 29, 2015, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that she committed an act that, if committed by an adult, would constitute the crime of petit larceny, and placed her on probation for a period of 12 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. The record supports the conclusion that`appellant acquired the victim's bicycle by stealing it, and not by "finding" it in a trash pile. Concur—Tom, J.P., Sweeny, Andrias, Webber and Gesmer, JJ.